IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
| Plaintiff(s),<br>v. | **ORDER EXTENDING TIME TO CONDUCT MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| Stanford Hospital and Clinics, et al., | |
| Defendant(s). | |

Pursuant to the parties' stipulation, the Court extends the time for the parties to conduct mediation from August 30, 2005 to **October 30, 2005**.

The Court also vacates the currently scheduled case management conference for August 22, 2005. The new case management conference is scheduled for **November 14, 2005 at 10 a.m.** Pursuant to the local rules of court, the parties shall file a joint case management conference no later than ten (10) days before the conference.

Dated: August 9, 2005

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
Michael Edward Adams equitist@earthlink.net

**Dated: August 9, 2005**                                  **Richard W. Wieking, Clerk**

                                                           **By: /s/ JW Chambers**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California