IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
|     Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANGEMENT CONFERENCE** |
| Stanford Hospital and Clinics, et al., | |
|     Defendants. | |

The Court received a letter from Kathleen Humphrey, attorney for the Defendants informing the Court that the parties have scheduled a mediation before special master Thomas Denver on December 12, 2005.  In light of this schedule, the Court vacates the currently scheduled case management conference for November 7, 2005.  The new case management conference is set for **December 19, 2005 at 10 a.m.** The Court expects to rule on Defendants' Stanford Hospital, Dr. Maya Kapoor, San Mateo County, and Nancy Nieve motion to dismiss before the parties' scheduled mediation.

Pursuant to Civil Local Rules, the parties shall file a joint case management statement no later than 10 days before the conference.  The parties shall update the Court on the progress of mediation in the statement.

Dated: November 8, 2005

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
Michael Edward Adams equitist@earthlink.net

**Dated: November 8, 2005**                                **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers
                                                                   Ronald L. Davis
                                                                   Courtroom Deputy**