DAVID SHEUERMAN SB#78132
KATHLEEN A. HUMPHREY SB#169374
SHEUERMAN, MARTINI & TABARI
A Professional Corporation
1033 Willow Street
San Jose, CA 95125
(408) 288-9700
Fax: (408) 295-9900

Attorneys for Defendants,
STANFORD HOSPITAL AND CLINICS
and MAYA KAPOOR, M.D.

**APPROVED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTHA WINDOM and SHAWN THOMAS, both individually and as guardians ad litem for D'SHAWN THOMAS, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HOSPITAL AND CLINICS; DR. MAYA KAPOOR, M.D.; COUNTY OF SAN MATEO; NANCY NIEVE; CITY OF EAST PALO ALTO; OFFICER M. TORRES; OFFICER J. TAFLINGER; and DOES 1 to 60, inclusive,<br><br>Defendants. | 5:04-CV-05398 JW<br><br>STIPULATION AND ORDER EXTENDING TIME TO CONDUCT MEDIATION |

The parties hereto, by and through their undersigned attorneys of record, hereby stipulate, subject to approval of this court, to extend for sixty days, from October 30, 2005 to December 30, 2005, the time within which the parties shall mediate this matter before Thomas H. R. Denver, the court appointed mediator. The reason for this stipulation is to allow the parties to mediate the matter on December 12, 2005 and to receive the court's pending ruling on the previously submitted defense motions to dismiss, to then make appropriate amendments to the pleadings, and to then conduct initial discovery, in that the parties and the mediator agree that completion of these steps will heighten the prospect of a productive mediation.

STIPULATION AND ORDER EXTENDING TIME TO CONDUCT MEDIATION
CASE NO. 5:04-CV-05398 JW

1  It is further agreed that this stipulation may be signed in counterparts, and that facsimile
2  transmitted signatures hereon have the same weight and significance as original signatures hereon.

4  Dated: October \_\_\_\_, 2005                                    Dated: October \_\_\_\_, 2005

6  _____                                 _____
   MICHAEL E. ADAMS                                               KATHLEEN A. HUMPHREY
   Attorney for Plaintiffs EARTHA                                 Attorney for Defendants
7  WINDOM, SHAWN THOMAS, and                                      STANFORD HOSPITAL AND CLINICS
   D'SHAWN THOMAS                                                 and MAYA KAPOOR, M.D.

9  Dated: October \_\_\_\_, 2005                                    Dated: October \_\_\_\_, 2005

11 _____                                 _____
   JEFFREY M. VUCINICH                                            DAVID A. SIBLERMAN
   Attorney for Defendants CITY OF                                Attorney for Defendants COUNTY OF
12 EAST PALO ALTO, OFFICER M.                                     SAN MATEO, and NANCY NIEVE
   TORRES, and OFFICE J. TAFLINGER

14                                          **ORDER**

15     The parties so stipulating and good cause appearing

16     IT IS HEREBY ORDERED that the deadline for the parties to conduct mediation with the
17 court appointed mediator is hereby extended from October 30, 2005 to December 30, 2005.

19 Dated: 11/16/05                              _____
                                                HONORABLE JAMES WARE
20                                              Judge of the United States District Court

28 STIPULATION AND ORDER EXTENDING TIME TO CONDUCT MEDIATION
   CASE NO. 5:04-CV-05398 JW