IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
|       Plaintiffs, | **ORDER CONTINUING CASE** |
| v. | **MANAGEMENT CONFERENCE** |
| Stanford Hospital and Clinics, et al., | |
|       Defendants. | |

    Please take notice that on the Court's own motion, the case management conference presently scheduled for December 19, 2005 is vacated due to the Court's unavailability.  The new case management conference is scheduled for **January 30, 2006 at 10 a.m.**  Pursuant to Civil Local Rules, the parties shall file a joint case management statement no later than ten days before the conference.

Dated: December 16, 2005

                                        JAMES WARE  
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
Michael Edward Adams equitist@earthlink.net

**Dated: December 16, 2005**                           **Richard W. Wieking, Clerk**

                                                       **By:   /s/ JW Chambers                        **
                                                              **Ronald L. Davis**
                                                              **Courtroom Deputy**