IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
|       Plaintiffs,<br>  v.<br>Stanford Hospital and Clinics, et al.,<br>      Defendants. | **JUDGMENT FOR DEFENDANTS STANFORD HOSPITAL, DR. KAPOOR, SAN MATEO COUNTY, AND NANCY NIEVES** |

Based on the Court's November 28, 2005 Order granting Defendants' Stanford Hospital, Dr. Maya Kapoor, San Mateo County, and Nancy Nieves Motions to Dismiss pursuant to Fed. R. Civ. P. Rule 12(b)(6) with prejudice. (See Docket Item No.42.), judgment is entered in favor of Defendants Stanford Hospital, Dr. Maya Kapoor, San Mateo County, and Nancy Nieves against Plaintiffs Earth Windom, Shawn Thomas, and D'Shawn Thomas. See Fed. R. Civ. P. 54(b).

Dated: January 20, 2006

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
Michael Edward Adams equitist@earthlink.net

**Dated: January 20, 2006**                              **Richard W. Wieking, Clerk**

 

                                                  **By:   /s/ JW Chambers**
                                                          **Melissa Peralta**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California