United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                             SAN JOSE DIVISION
9    Eartha Windom, et al.,                    NO. C 04-05398 JW
10                    Plaintiffs,              **ORDER FOLLOWING CASE**
                                              **MANAGEMENT CONFERENCE**
11         v.
12   City of East Palo Alto, et al.,
13                    Defendants.
                                         /
14
15         The Court conducted a case management conference on January 30, 2006.  Michael Adams
16   appeared on behalf of the Plaintiffs.  Jeffrey Vucinich appeared on behalf of the Defendants.  In an
17   effort to move the case forward, the Court sets the following dates:
18         1.    No later than March 1, 2006, the parties shall notify the Court on the progress of
19               mediation.
20         2.    The presumptive date for a hearing on Defendants' Motion to Dismiss is June 5, 2006.
21         The Court will conduct another case management conference in mid-March to discuss
22   additional schedules.
23
24   Dated: January 30, 2006                  _____
25                                            JAMES WARE
                                              United States District Judge
26
27
28

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
3

Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
4

Michael Edward Adams equitist@earthlink.net

5

**Dated: January 30, 2006**               **Richard W. Wieking, Clerk**

6

7                                          **By:    /s/ JW Chambers**
                                               **Melissa Peralta**
8                                              **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California