IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
|       Plaintiffs,<br>v. | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| City of East Palo Alto, et al., | |
|       Defendants.                / | |

On March 1, 2006, pursuant to the Court's previous Order, the parties in the above entitled action filed a Joint Statement Re: Progress of Mediation and Settlement. The parties informed the Court that they are unable to reach a settlement at this time. Accordingly, the Court sets a further settlement conference: All parties with full settlement authority shall appear in the Courtroom of Judge James Ware, Courtroom 8, Fourth Floor, 280 South First Street, San Jose, California on **Thursday, March 23, 2006 at 10 a.m.** Plaintiffs' counsel is directed to bring the Plaintiffs to the settlement conference.

Dated: March 3, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
David A. Silberman dsilberman@co.sanmateo.ca.us
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Kathleeen A Humphrey khumphrey@smtlaw.com
Michael Edward Adams equitist@earthlink.net

**Dated: March 3, 2006**        **Richard W. Wieking, Clerk**

                               **By:   /s/ JW Chambers**
                                   **Melissa Peralta**
                                   **Courtroom Deputy**