JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR#: 200160
CLAPP, MORONEY, BELLAGAMBA and VUCINICH
A PROFESSIONAL CORPORATION
15 Southgate Avenue, Suite 200
Daly City, CA 94015
(650) 758-1199  FAX (650) 758-2299

Attorneys for Defendant
CITY OF EAST PALO ALTO;
OFFICERS J. TAFLINGER;
OFFICER M. TORRES



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EARTHA WINDOM and SHAWN THOMAS, both individually and as guardians ad litem for D'SHAWN THOMas, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD HOSPITAL AND CLINICS; DR. MYA KAPOOR, M.D.; COUNTY OF SAN MATEO; NANCY NIEVE; CITY OF EAST PALO ALTO; OFFICER M. TORRES; OFFICER J. TAFLINGER; and DOES 1 to 60, inclusive,<br><br>Defendants. | CASE NO.: C 04-05398 JW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR MARCH 23, 2006, AND CONTINUING MOTION TO DISMISS<br><br>Judge:    Judge James Ware<br>Courtroom: 5 |

The parties hereby stipulate and agree to the following:

The parties have reached a tentative settlement for $12,000.00. The settlement is contingent upon approval by the City of East Palo Alto's City council. The council was to have considered the proposed settlement at last night council meeting on March 21, 2006. Unfortunately, several members of the council were ill, and the council did not have the requisite quorum to conduct its affairs. As a result, the entire meeting's agenda, including this matter, was carried over to the April 4, 2006 meeting.

G:\Data\Docs\clea\005   \Stip.Cont.doc
STIPULATION AND ORDER CONTINUING MANDATORY SETTLEMENT
CONFERENCE SCHEDULED FOR MARCH 23, 2006

1   Based on these unusual and unforeseeable circumstances, the parties request a continuance of
2   the Mandatory Settlement Conference scheduled for March 23, 2006 at 10:00am in Courtroom 5, the
3   Hon. Judge James Ware presiding. The parties request that the mandatory settlement conference is
4   re-scheduled after the April 4, 2006 city council meeting. The parties request that the Mandatory
5   Settlement Conference is scheduled for 30 days after that April 4, 2006 meeting to allow for sufficient
6   time for the parties to finalize all closing documents and file a dismissal of this action. The parties
7   further request that the Court continue defendants' Motion to Dismiss currently set for hearing on
8   April 10, 2006 to June 5, 2006.

Dated: March 22, 2006

Clapp, Moroney, Bellagamba and Vucinich
Jeffrey M. Vucinich, Esq.
Patrick R. Co
Attorneys for City of East Palo Alto, Officer J. Taflinger and Officer M. Torres

Dated: March 22, 2006

Michael Adams, Esq.
Attorney for Plaintiffs, Eartha Windom, Shaun Thomas, both individually and as guardians ad litem for D'Shaun Thomas, a minor

STIPULATION AND ORDER CONTINUING MANDATORY SETTLEMENT
CONFERENCE SCHEDULED FOR MARCH 23, 2006

2

1 **ORDER**

2     The Stipulation and Proposed Order Continuing the Mandatory Settlement Conference is
3 hereby adopted by the court as the Order Continuing the Mandatory Settlement Conference, and the
4 parties are ordered to comply with this Order.
5 IT IS HEREBY ORDERED that the Mandatory Settlement Conference scheduled for March 23, 2006
6 is continued to ___April 26___, 2006 at ___10 am___ am/pm in Department ___4___
7 of this Court. It is further ordered that the Motion to Dismiss currently set for hearing on April 10,
8 2006 is continued to June 5, 2006 at ___9 am___ am/pm in Department ___4___ of this Court.

```
                            _____
                            Judge James Ware
                            U.S. District Court Judge
```

28 G:\Data\DOCS\0160\03377\Stip.cont.MSC
**STIPULATION AND ORDER CONTINUING MANDATORY SETTLEMENT
CONFERENCE SCHEDULED FOR MARCH 23, 2006**

3