**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eartha Windom, et al., | NO. C 04-05398 JW |
|         Plaintiffs,<br>  v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| City of East Palo Alto, et al., | |
|         Defendants._____ / | |

On March 22, 2006, the parties informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates and the mandatory settlement conference. On or before **Monday, June 12, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **Monday, June 19, 2006 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before Monday, June 12, 2006, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and

1  file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will
2  be automatically vacated.
3       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
4  this action.

6  Dated:  April 10, 2006

   JAMES WARE
7  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Sheuerman dsheuerman@smtlaw.com
Jeffrey Michael Vucinich jvucinich@clappmoroney.com
Michael Edward Adams equitist@earthlink.net

**Dated: April 10, 2006**                                              **Richard W. Wieking, Clerk**

                                                                        **By:   /s/ JW Chambers
                                                                             Melissa Peralta
                                                                             Courtroom Deputy**